IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL SUAREZ<br>　　Plaintiff | §<br>§<br>§ | CIVIL ACTION NO. |
| vs. | §<br>§ | B – 24 – 102 |
| CHARLIE'S PLAZA LLC<br>　　Defendant | §<br>§<br>§ | |

## AGREED ORDER OF DISMISSAL

Plaintiff and Defendant, by and through their attorneys of record, having informed the Court by the filing of a Joint Motion to Dismiss that the claims against the Defendant have been compromised and settled, and the Plaintiff and Defendant having prayed that all causes as against Defendant be dismissed with prejudice as of the settlement, and all parties agreeing thereto, and it appearing to the Court that at the request of the parties the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause be dismissed as to Defendant, with prejudice against all parties to file any same or similar actions, and with all court costs to be paid by the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief not expressly granted herein is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED on this __15th__ day of __October__, 2024.

                                    _____
                                                            JUDGE PRESIDING

APPROVED AS TO SUBSTANCE AND FORM:

__/s/    R. Bruce Tharpe__
     R. Bruce Tharpe
     Attorney for Plaintiff

__/s/    J. Arnold Aguilar__
     J. Arnold Aguilar
     Attorney for Defendant